**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
|    PAMELA J. WALL | : | |
| | : | CASE NO.: 11-52002 AHWS |
|    DEBTOR | : | |
| | : | JANUARY 23, 2014 |

**MOTION TO COMPEL TURNOVER OF DOCUMENTATION**
**AND REQUEST FOR SANCTIONS**

Barbara H. Katz, Trustee respectfully represents:

1. She is duly appointed and acting as Trustee of the above captioned estate.

2. At the Meeting of Creditors held on December 17, 2013 the Trustee requested the following information and documentation:

   a.  Copies of the Debtor's leases with all of her tenants;
   b.  Copies of all loan modifications and pending loan modifications, recorded loans;
   c.  An inventory of the assets for Cool Cribs Lifestyles, LLC;
   d.  Information regarding a stalker to whom the Debtor referred to during her examination;
   e.  The last known address for Andrew Valentine;
   f.  The turnover of all funds in her Wells Fargo DIP account and confirmation that the account has been closed as well as the turnover of all funds in the Debtor's Fidelity individual account and cash management account and in her Mutual Security Credit Union;
   g.  An accounting of the Debtor's receipt and use of insurance proceeds she received for 9 Roland Place, Westport, Connecticut;
   h.  Copies of all statements for the Debtor's Mutual Security Credit Union account;
   i.  All documentation regarding the Debtor's claim against AIG for its payment of insurance proceeds to secured lenders for repairs done to 28 and 30 Barker Road, New Milford, Connecticut.

3. On December 23, 2013 the Trustee sent a confirmation letter to Debtor's attorney for the requested information and documentation.

4. To date the Debtor has failed to provide the Trustee with the requested information and documentation despite several follow up emails to Debtor's counsel. Attorney Kratter has advised that he has told the Debtor about the request for documents and information.

WHEREFORE, Barbara H. Katz, Trustee, respectfully moves this Court pursuant to 11 U.S.C. § 521(a)(3) and (4) for an Order directing Pamela J. Wall to provide to the Trustee the requested documentation and information and for an order that she be awarded $250.00 for the cost of bringing and prosecuting this motion.

Dated at New Haven, Connecticut this 23rd day of January, 2014.

    /s/ Barbara H. Katz
Barbara H. Katz, Trustee
57 Trumbull Street
New Haven, Connecticut 06510
Telephone: (203) 772-4828
Facsimile: (203 777-2791
barbarakatz@snet.net
ct06946

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| PAMELA J. WALL | : | |
| | : | CASE NO.: 11-52002 AHWS |
| DEBTOR | : | |
| | : | RE DOC NO: |

**ORDER GRANTING MOTION TO COMPEL TURNOVER OF DOCUMENTATION AND AWARD OF SANCTION**

The motion of Barbara H. Katz, Trustee, dated January 23, 2014 requesting that the Debtor, Pamela J. Wall, turnover to the Trustee information and documentation; it is hereby

ORDERED:   That Pamela J. Wall shall on or before February 25, 2014 turnover to Barbara H. Katz, Trustee, at her offices at 57 Trumbull Street, New Haven, Connecticut the following information and documentation:

    a.  Copies of leases with all of her tenants;
    b.  Copies of all loan modifications and pending loan modifications, recorded loans;
    c.  An inventory of the assets for Cool Cribs Lifestyles, LLC;
    d.  Information regarding a stalker to whom the Debtor referred to during her examination;
    e.  The last known address for Andrew Valentine;
    f.  The turnover of all funds in her Wells Fargo DIP account and confirmation that the account has been closed as well as the turnover of all funds in the Debtor's Fidelity individual account and cash management account and in her Mutual Security Credit Union;
    g.  An accounting of her receipt and use of insurance proceeds she received for 9 Roland Place, Westport, Connecticut;
    h.  Copies of all statements of her Mutual Security Credit Union account;
    i.  All documentation regarding her claim against AIG for its payment of insurance proceeds to secured lenders for repairs done to 28 and 30 Barker Road, New Milford, Connecticut.

FURTHER ORDERED: That Pamela J. Wall shall on or before February 25, 2014 pay to the Trustee the amount of $250.00 made payable to "Barbara H. Katz" for the cost of bringing and prosecuting this motion.  This Court shall retain jurisdiction to enforce this award.